OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/29/2015

02 1M
0004279596     APR 30 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

TURNER, JAMES DANIEL    Tr. Ct. No. W88-77193-L (C)          WR-6,771-12

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

UTF Rel

JAMES DANIEL TURNER
~~HUNTSVILLE UNIT~~ - TDC # 488478
81~~5 12TH STREET~~
~~HUNTSVILLE, TX 77342~~

U TF

43B 77340